REC'D & FILED
2010 OCT 13 PM 2:05
BANKRUPTCY COURT
N.D. OF NY
ALBANY

# OFFICE OF THE
# CHAPTER 13 STANDING TRUSTEE

7 Southwoods Boulevard,, Albany, New York 12211

| | | |
|---|---|---|
| **Andrea E. Celli, Esq.**<br>Trustee<br>**Bonnie Baker, Esq.**<br>Assoc. Attorney | Telephone: (518) 449-2043<br>Facsimile: (518) 449-2473 | For payments Only<br>P.O Box 1918<br>Memphis, TN 38101-1918 |

October 12, 2010

Bankruptcy Court
James T. Foley U.S. Courthouse
445 Broadway, Suite 306
Albany, New York 12207

Re:    01-11337        Robert & Elaine Tucceri

To Whom It May Concern:

Enclosed please find check #921976 in the amount of $.01. The amount represents an over payment of the plan from the debtor(s) in this case. All attempts to return these funds to the debtor have been unsuccessful. Our records reflect the debtor's name and address is as follows:

Debtor Refund:    Robert & Elaine Tucceri
817 Lisha Kill Road
Niskayuna, NY 12309

Very truly yours,

*Cheryl Corning*
Cheryl Corning
Office of Andrea Celli